# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| AMANDA CONKLIN | )<br>) |
| Plaintiff, | )  Case No. 3:14cv1069<br>) |
| v. | )  Judge Nixon<br>) |
| AMERICAN NATIONAL PROCESSING, INC. | )  Magistrate Judge Bryant<br>)<br>) |
| Defendant. | )<br>) |

## MOTION FOR LEAVE TO FILE NOTICE OF FILING

Comes now Defendant, American National Processing, Inc. ("ANP" or "Defendant"), by and through its undersigned counsel, and respectfully requests that the Court afford it leave to file a Notice of Filing of Unreported Cases to the previously filed memorandum of law in support of Defendant's Motion to Dismiss Plaintiff's THRA Claims.

On June 20, 2014, Defendant filed a Motion to Dismiss Plaintiff's THRA Claims pursuant to Fed. R. Civ. P. 12(b)(6) and a Memorandum of Law in Support of Defendant's Motion to Dismiss pursuant to Local Rule 7.01(a). However, Defendant inadvertently failed to file the accompanying Notice of Filing of Unreported Cases and attach a copy of the full text of all unreported cases cited in the memorandum of law, as required by Local Rule 7.01(e)(5). This oversight was discovered on June 24, 2014. For this reason, Defendant respectfully requests that the Court grant it leave to file a Notice of Filing of Unreported Cases.

Respectfully submitted,

BUTLER SNOW LLP

By: /s/ Valeria Gomez
Kara E. Shea, BPR #18221
Valeria E. Gomez, BPR #032131
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing motion has been served via the U.S. District Court's ECF System upon:

MCNULTY & ASSOCIATES, PLLC
Luke D. Bottorff
Michael J. McNulty
211 Printers Alley, Suite 400
Nashville, TN 37209

On this 24th day of June, 2014.

/s/ Valeria Gomez
Valeria E. Gomez

ButlerSnow 21711427v1

*[handwritten: Granted]*