# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| AMANDA CONKLIN | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:14cv1069 |
| | ) | |
| v. | ) | **Jury Trial Demanded** |
| | ) | |
| AMERICAN NATIONAL PROCESSING | ) | JUDGE NIXON |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE BRYANT |

## STIPULATION OF DISMISSAL

All matters in controversy between the parties have been resolved and settled. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and as evidenced by the signatures of the parties' counsel, the parties have agreed to a stipulation of dismissal with prejudice of the lawsuit.

Respectfully submitted,

Date: 3/5/2015          By: /s/Lucas D. Bottorff
                            McNulty & Associates, PLLC
                            Michael J. McNulty, BPR # 25974
                            Lucas D. Bottorff, BPR # 31036
                            800 Broadway, 3rd Floor
                            Nashville, TN 37203
                            (615) 829-8250
                            michael@mcnultyassociatestn.com
                            *Attorneys for Plaintiff*

By: /s/ Valeria Gomez
BUTLER SNOW LLP
Kara E. Shea, BPR #18221
Valeria E. Gomez, BPR #032131
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6700
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2015, a copy of the foregoing document was sent via U.S. mail, first class. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

BUTLER SNOW LLP
Kara E. Shea
Valeria E. Gomez
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201

/s/Lucas D. Bottorff
Lucas D. Bottorff