IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA CONKLIN, ) | |
| ) | |
| Plaintiff, ) | No. 3:14-cv-01069 |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| AMERICAN NATIONAL ) | |
| PROCESSING, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ORDER

Pending before this Court is the parties' Stipulation of Dismissal, in which the parties state that all matters in controversy have been settled and request dismissal of this matter. (Doc. No. 19.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the 6th day of April, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT